UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

JEFFREY A. ROBERTSON,

                      Plaintiff,

    -against-

PFIZER RETIREMENT COMMITTEE,

                      Defendant.

------------------------------------x

ORDER

20 Civ. 672 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The initial conference scheduled for June 16, 2020 at 9:30 a.m. is canceled.

    This Court will hear oral argument on Defendant's motion to dismiss, (ECF No. 47), on June 23, 2020 at 10:30 am.

Dated: New York, New York
       April 6, 2020

                                        SO ORDERED.

                                        GEORGE B. DANIELS
                                        United States District Judge