UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------
JEFFREY A. ROBERTSON,

                              Plaintiff,                      <u>ORDER</u>

        -against-                                    20 Civ. 672 (GBD)

PFIZER RETIREMENT COMMITTEE et al.,

                             Defendants.
------------------------------------------------------------------x

GEORGE B. DANIELS, United States District Judge:

    The June 23, 2020 oral argument is hereby cancelled.


Dated: New York, New York                         SO ORDERED.
       June 17, 2020

                                                        _George B. Daniels_
                                                    GEORGE B. DANIELS
                                                    United States District Judge